**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PR Plumbing & Heating Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 11-2732032 |

4.  Debtor's address

**Principal place of business**

329-331 38th St
Brooklyn, NY 11232-2511
Number, Street, City, State & ZIP Code

Kings
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  Debtor's website (URL)  _____

6.  Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **PR Plumbing & Heating Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **PR Plumbing & Heating Inc.**
　　　　　 Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

▦ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    __PR Plumbing & Heating Inc.__                                Case number (*if known*) _____
               Name

▓▓▓▓  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __October 22, 2019__
                          MM / DD / YYYY

X _~~Michael A. Palma~~_____                    Michael A. Palma_____
      Signature of authorized representative of debtor            Printed name

Title   __President_____

_____

**18. Signature of attorney**

X _~~signature~~_____                    Date   __October 22, 2019__
      Signature of attorney for debtor                                          MM / DD / YYYY

J. Ted Donovan_____
Printed name

Goldberg Weprin Finkel Goldstein LLP_____
Firm name

1501 Broadway 22nd Floor
New York, NY 10036_____
Number, Street, City, State & ZIP Code

Contact phone   __(212) 221-5700__          Email address _____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                          Chapter 11

PR Plumbing & Heating Inc.                      Case No.

                              Debtor.
------------------------------------------------------------x

## DECLARATION OF MICHAEL PALMA PURSUANT
## TO LOCAL BANKRUPTCY RULE 1007-2

Michael Palma declares the following under penalties of perjury pursuant to 28 U.S.C. §1967:

1.      I am the majority shareholder and president of PR Plumbing & Heating Inc. (the "Debtor"), and as such, I am fully familiar with the facts and circumstances set forth herein.

2.      I respectfully submit this Declaration in support of the Debtor's Chapter 11 filing, to provide pertinent information regarding the circumstances prompting the bankruptcy case and the Debtor's strategies for reorganization.

### Salient Events Leading up to the Chapter 11 Filing

3.      The Debtor is a small plumbing contractor which is now embroiled in a dispute with the Plumbers Union and its related funds (the "Union") for alleged contributions that are being charged for periods when the Debtor's employees were not members of the Union during the period of approximately early 2010 to July 2014.  The Debtor returned to the Union in July 2014, and resumed making contributions.

4.      The Debtor does not believe it is retroactively responsible to pay for contributions during the four year period when it was not a Union company.  Nevertheless, the Debtor is being sued for contributions largely accruing during this four (4) year hiatus period.

5.      This litigation is being pursued against the Debtor in the Federal District Court, which also includes alter ego claims against an affiliated company (Scott Mechanical), even though Scott Mechanical last did business in or about 2017, if not earlier.

6.      In recent days, the Union has taken additional steps to completely undermine the Debtor's ability to operate by issuing letters to employees and Union members advising that they cannot work for the Debtor because of the alleged delinquency in contributions, even though the amounts are in dispute.

7.      As a result, three employees left the Debtor and walked out on current projects. Accordingly, the Debtor is now compelled to seek Chapter 11 relief while it re-transitions its workforce so as to maintain certain on-going projects and a service contract with New York University.

8.      The Debtor's hope is to negotiate a resolution of all Union-related matters as a central feature of the Chapter 11 case, with the goal of enabling the Debtor to resurrect its business.

## Local Rule 1007-2 Disclosures

9.      Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

10.     Pursuant to Local Rule 1007-2(a)(4), a full set of schedules is being filed herewith, including the names and addresses of all creditors.

11.     Pursuant to Local Rule 1007-2(a)(5), the Debtor has no secured creditors.

12.     Pursuant to Local Rule 1007-2(a)(6), a balance sheet containing a summary of the Debtor's assets and liabilities will be prepared and filed shortly, although these items are listed in the accompanying schedules.

13.    Pursuant to Local Rule 1007-2(a)(7), Michael Palma and my son, Scott Palma, are the sole shareholders, currently owning 51% and 49% respectively.

14.    Pursuant to Local Rule 1007-2(a)(8), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

15.    Pursuant to Local Rule 1007-2(a)(9), the Debtor does not own any real estate.

16.    Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained at its business offices.

17.    Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is attached.

18.    The Debtor maintains a weekly payroll of approximately $6,000, including my salary of $1,500 per week.

Dated: New York, NY
       October 23, 2019

                                        _____
                                        Michael Palma

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                              Chapter 11

PR Plumbing & Heating Inc.                                          Case No.

                                      Debtor.
-------------------------------------------------------------------x

## CORPORATE RESOLUTION OF PR PLUMBING & HEATING INC

      WHEREAS, at a special meeting of the Shareholders and Directors of PR Plumbing & Heating Inc. (the "Company") held on October 22, 2019, and after motion duly made and carried, it was:

      **RESOLVED,** that the Company is authorized to file for relief under the provisions of Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

      **RESOLVED,** that Michael Palma is hereby authorized, directed and empowered to execute and deliver, on behalf of the Company, the bankruptcy petition and all documents and other instruments that may be required in connection with the bankruptcy proceeding, and to do all such other things, on behalf of the Company, as may be required in connection with the Chapter 11 proceeding; and it is further

      **RESOLVED,** that the Company is authorized to retain Kevin J. Nash and the firm of Goldberg Weprin Finkel Goldstein LLC as its bankruptcy counsel.

Dated: New York, NY
     October 23, 2019

                             PR PLUMBING & HEATING INC

                         By: _____
                            Name: Michael Palma

                         By: _____
                            Name: Scott Palma

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                          Chapter 11

PR Plumbing & Heating Inc.                      Case No.

                              Debtor.
----------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

| | |
|---|---|
| Michael Palma | 51% Shareholder |
| Scott Palma | 49% Shareholder |

Dated: New York, NY
       October 23, 2019

                    PR PLUMBING & HEATING INC.

            By:  _____
                 Name: Michael Palma
                 Title: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                      Chapter 11

PR Plumbing & Heating Inc..                                 Case No.

                            Debtor.
-------------------------------------------------------------x

## LIST OF PENDING LAWSUITS

1.   Title:  Trustees of the Plumbers Local Union No. 1 Welfare Fund, Additional Security
     Benefit Fund, Vacation & Holiday Fund, Trade Education Fund, and 401(k) Savings Plan
     et al v. P.R. Plumbing & Heating, Inc. et al.

     Court:  United State District Court for the Eastern District of New York
             Case No. 1:19-cv-03553-BMC

     Nature of Suit:  ERISA benefits claim

     Attorney for the Plaintiff:     Virginia and Armbinder, LLP
                                     40 Broad Street, 7th Floor
                                     New York, NY 10004
                                     212-943-9080

Dated: New York, NY
       October 23, 2019

                            PR PLUMBING & HEATING INC.

                            By:  _____
                                 Name: Michael Palma
                                 Title: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

PR Plumbing & Heating Inc.                                Case No.

                                    Debtor.
-------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, PR Plumbing & Heating Inc,
certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or
subsidiaries which are publicly held.

Dated: New York, NY
       October 23, 2019

                                      PR PLUMBING & HEATING INC.

                        By:    _____
                               Name: Michael Palma
                               Title: President

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PR Plumbing & Heating Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 36 Main Plumbing Supply Corp 354 36th St Brooklyn, NY 11232-2504 | | Vendor | | | | $18,387.42 |
| Chase Bank Credit Line 1151 Hylan Blvd Staten Island, NY 10305-2061 | | Line of credit | | | | $100,000.00 |
| Ferguson Enterprises 900 Sylvan Ave Bayport, NY 11705-1012 | | Vendor | | | | $10,808.84 |
| Fleet Pump & Service Group, Inc 6 International Dr Ste 210 Rye Brook, NY 10573-1099 | | Vendor | | | | $1,775.99 |
| Joseph Barbaro 144 Lodi St Hackensack, NJ 07601-3929 | | Rent | | | | $42,224.64 |
| MPEX 8212 91st Ave Woodhaven, NY 11421-2922 | | Vendor | | | | $1,655.26 |
| Nationwide Processing Center PO Box 37712 Philadelphia, PA 19101-5012 | | Insurance | | | | $40,878.32 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor   **PR Plumbing & Heating Inc.**                                    Case number *(if known)*   _____
                                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peter Christiansen 48 E Poplar St Floral Park, NY 11001-3146** | | **Legal** | | | | **$30,250.00** |
| **Plumbers & Pipefitters National Pension Fund 103 Oronoco St Alexandria, VA 22314-2055** | | **Union contribution** | **Disputed** | | | **$5,055.12** |
| **Plumbers Local Union No. 1 Welfare Fund 5002 5th St Fl 2 Long Island City, NY 11101-5706** | | **Union contribution** | **Disputed** | | | **$25,180.46** |
| **Royal Pump 104 Jamaica Ave Brooklyn, NY 11207-2046** | | **Vendor** | | | | **$7,228.00** |
| **Solco Supply 413 Liberty Ave Brooklyn, NY 11207-3004** | | **Vendor** | | | | **$37,789.20** |
| **Tax Town 2138 86th St Brooklyn, NY 11214-3214** | | **Accounting** | | | | **$4,200.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 22, 2019        x _____
                                        Signature of individual signing on behalf of debtor

                                        **Michael A. Palma**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)         Type of account         Last 4 digits of account number

3.1.    **JPMorgan Chase Bank**                    **Checking**                                        $1,000.00

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                    $1,000.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**
11a. 90 days old or less:            250,000.00    -            0.00    = ....            $250,000.00
                                 face amount         doubtful or uncollectible accounts

Debtor  **PR Plumbing & Heating Inc.**                    Case number *(if known)* _____
         <sub>Name</sub>

| 12. | **Total of Part 3.** | | | | **$250,000.00** |
|---|---|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>Plumbing supplies | | $3,000.00 | | $3,000.00 |

| 23. | **Total of Part 5.** | | | | **$3,000.00** |
|---|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **PR Plumbing & Heating Inc.**                                    Case number *(If known)* _____
            Name

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. <u>Three plumbing trucks</u> | **$14,000.00** | | **$14,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating<br>homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Tools, machinery and equipment** | **$20,000.00** | | **$20,000.00** |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $34,000.00 |
|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type of<br>property (for example, acreage,<br>factory, warehouse, apartment or<br>office building, if available.<br>55.1. | Nature and extent<br>of debtor's<br>interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **Commercial lease** | | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **PR Plumbing & Heating Inc.**
_____
                Name

Case number *(If known)* _____

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **PR Plumbing & Heating Inc.**                              Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $250,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $34,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $288,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $288,000.00 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

**Fill in this information to identify the case:**

Debtor name    **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name  **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,055.12** | **$5,055.12** |
|---|---|---|---|---|

**Plumbers & Pipefitters
National Pension Fund
103 Oronoco St
Alexandria, VA 22314-2055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Union contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,180.46 | $25,180.46 |
|---|---|---|---|---|

**Plumbers Local Union No. 1
Welfare Fund**

**5002 5th St Fl 2
Long Island City, NY 11101-5706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Union contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **PR Plumbing & Heating Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,387.42** |
|---|---|---|---|

**36 Main Plumbing Supply Corp**

354 36th St
Brooklyn, NY 11232-2504

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Chase Bank Credit Line**

1151 Hylan Blvd
Staten Island, NY 10305-2061

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of credit**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,808.84** |
|---|---|---|---|

**Ferguson Enterprises**

900 Sylvan Ave
Bayport, NY 11705-1012

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,775.99** |
|---|---|---|---|

**Fleet Pump & Service Group, Inc**

6 International Dr Ste 210
Rye Brook, NY 10573-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,224.64** |
|---|---|---|---|

Joseph Barbaro

144 Lodi St
Hackensack, NJ 07601-3929

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,788.00** |
|---|---|---|---|

Michael A. Palma

129 Coverly Ave
Staten Island, NY 10301-4601

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,655.26** |
|---|---|---|---|

**MPEX**

8212 91st Ave
Woodhaven, NY 11421-2922

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **PR Plumbing & Heating Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,878.32 |
|---|---|---|---|

**Nationwide
Processing Center
PO Box 37712
Philadelphia, PA 19101-5012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,250.00 |
|---|---|---|---|

**Peter Christiansen**

**48 E Poplar St
Floral Park, NY 11001-3146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fee**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,228.00 |
|---|---|---|---|

**Royal Pump**

**104 Jamaica Ave
Brooklyn, NY 11207-2046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,789.20 |
|---|---|---|---|

**Solco Supply**

**413 Liberty Ave
Brooklyn, NY 11207-3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Steven Palma**

**10 Fairview Rd
Woodbridge, CT 06525-2616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Tax Town**

**2138 86th St
Brooklyn, NY 11214-3214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accountant**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **PR Plumbing & Heating Inc.** _____    Case number (if known) _____
          Name

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        30,235.58 |
| **5b. Total claims from Part 2** | 5b.    + | $      465,985.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      496,221.25 |

Fill in this information to identify the case:

Debtor name    **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1.   State what the contract or      **Commercial lease**
       lease is for and the nature of
       the debtor's interest

       State the term remaining                      Joseph Barbaro
                                                     144 Lodi St
       List the contract number of                   Hackensack, NJ 07601-3929
       any government contract    _____

---

**Fill in this information to identify the case:**

Debtor name    **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**            *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

Fill in this information to identify the case:

Debtor name    **PR Plumbing & Heating Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................    $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................    $ _____ 288,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................    $ _____ 288,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................    $ _____ 0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $ _____ 30,235.58

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ 465,985.67

4.  **Total liabilities** ......................................................................
   Lines 2 + 3a + 3b

   $ _____ 496,221.25

Software Copyright (c) 2019 CINGroup - www.cincompass.com

United States Bankruptcy Court
Eastern District of New York, Brooklyn Division

IN RE:                                                           Case No. _____

PR Plumbing & Heating Inc.                                       Chapter **11** _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: <u>October 22, 2019</u>          _____
                                       Debtor


                                       _____
                                       Joint Debtor


                                       _____
                                       Attorney for Debtor

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

36 Main Plumbing Supply Corp
354 36th St
Brooklyn, NY  11232-2504


Chase Bank Credit Line
1151 Hylan Blvd
Staten Island, NY  10305-2061


Ferguson Enterprises
900 Sylvan Ave
Bayport, NY  11705-1012


Fleet Pump & Service Group, Inc
6 International Dr Ste 210
Rye Brook, NY  10573-1099


Joseph Barbaro
144 Lodi St
Hackensack, NJ  07601-3929


Michael A. Palma
129 Coverly Ave
Staten Island, NY  10301-4601


MPEX
8212 91st Ave
Woodhaven, NY  11421-2922

Nationwide
Processing Center
PO Box 37712
Philadelphia, PA  19101-5012


Peter Christiansen
48 E Poplar St
Floral Park, NY  11001-3146


Plumbers & Pipefitters
National Pension Fund
103 Oronoco St
Alexandria, VA  22314-2055


Plumbers Local Union No. 1 Welfare Fund
5002 5th St Fl 2
Long Island City, NY  11101-5706


Royal Pump
104 Jamaica Ave
Brooklyn, NY  11207-2046


Solco Supply
413 Liberty Ave
Brooklyn, NY  11207-3004


Steven Palma
10 Fairview Rd
Woodbridge, CT  06525-2616

Tax Town
2138 86th St
Brooklyn, NY  11214-3214